Lee H. Durst, Esq. [SBN 69704]
lee.durst@gmail.com
Larry Rothman, Esq. [SBN 72451]
tocollect@aol.com
Greg Mortensen, Esq. [SBN 86491]
gmortlaw@gmail.com
Richard Lucal, Esq. [SBN 143372]
ral@looral.com
CENTER FOR INDIGENOUS LEGAL AFFAIRS
23 CORPORATE PLAZA, SUITE 150
NEWPORT BEACH, CALIFORNIA 92660
Tel: 949-478-8388 & Fax 714-242-2086
Attorney for Plaintiffs: JAMES MOONEY, OKLEVUEHA NATIVE AMERICAN CHURCH, ONAC VALLEY OF THE MOON AND BUD GREEN AKA SCOTT BATES

**IT IS SO ORDERED**
Judge Susan Illston

# U.S. DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MOONEY, OKLEVUEHA NATIVE AMERICAN CHURCH, ONAC VALLEY OF THE MOON AND BUD GREEN AKA SCOTT BATES,<br><br>Plaintiffs,<br><br>vs.<br><br>SONOMA COUNTY AND THE SHERIFF OF SONOMA COUNTY<br><br>Defendants. | Case No.: 3:16-cv-04842 SI<br><br>PLAINTIFF'S NOTICE OF DISMISSAL, WITHOUT PREJUDICE<br><br>[FRCP 41(a)] |

TO THE HONORABLE COURT, AND ALL PARTIES HEREIN:

Now comes Plaintiffs JAMES MOONEY, OKLEVUEHA NATIVE AMERICAN CHURCH, ONAC VALLEY OF THE MOON AND BUD GREEN AKA SCOTT BATES (hereinafter "PLAINTIFFS"), by their counsel, the CENTER FOR INDIGENOUS LEGAL AFFAIRS, and voluntarily dismiss, without prejudice, the complaint filed in this action under FRCP 41(a)(1)(A)(i). No defendant has filed an answer in this action.

Dated: October 7, 2016        CENTER FOR INDIGENOUS LEGAL AFFAIRS

By: _____
Richard A. Lucai
Co-counsel for plaintiffs


By: _____
Greg Myers Mortensen
Co-counsel for plaintiffs

NOTICE OF DISMISSAL, WITHOUT PREJUDICE                            Page 2

PROOF OF SERVICE – EMAIL

I am employed in the County of Orange, State of California. I am over the age of 18 and I am not a party to this action. My business address 220 NEWPORT CENTER DRIVE, #11285, NEWPORT BEACH, CA.

On the below listed date I served the NOTICE OF DISMISSAL on all interested parties listed below, by EMAIL addressed as follows:

BRUCE D. GOLDSTEIN #135970 County Counsel

KARA A. ABELSON #279320 Deputy County Counsel

E-mail: kara.abelson@sonoma-county.org

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 10, 2016 at NEWPORT BEACH, California.

BY _____
Lee H. Durst